[No. 31093-3-I.   Division One.   July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. C.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-07179-1, John M. Darrah, J., entered June 10, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Baker, J., concurred in by Scholfield and Grosse, JJ.

[No. 32102-1-I.   Division One.   July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SALAMOS MAURAC FLORES-SERPAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04493-1, Frank L. Sullivan, J., entered December 21, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.

[No. 31946-9-I.   Division One.   July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN DORENBOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05044-3, Lloyd W. Bever, J., entered December 9, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.

[No. 29962-0-I.   Division One.   July 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. COLE DEAN FRY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00168-0, Robert C. Bibb, J., entered January 7, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Becker, JJ.